JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SARA BAKHSHI and ALIAKBAR BAKHSHI,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARCO RUBIO,[1] *in his official capacity as Secretary of State of the United States of America*, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-06226-MWF(AJRx)<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE** |

　　Having read and considered the Joint Stipulation to Dismiss Case Without Prejudice by the parties, and finding good cause therefor,

　　IT IS HEREBY ORDERED that the case is DISMISSED without prejudice.

Dated: February 6, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Marco Rubio is substituted for Antony Blinken as a party in this action. *See* Fed. R. Civ. P. 25(d).

1